# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BEHRINGER HARVARD LAKE TAHOE, LLC,<br><br>   Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A, et al.,<br><br>   Defendants. | Lead Case No. 3:13-cv-00057-MMD-VPC<br><br>Member Case No. 3:14-cv-00408-MMD-VPC<br><br>ORDER |

Based on the information presented in the Joint Status Report Regarding Remand (dkt. no. 110), the Court determines that it lacks subject matter jurisdiction over this removed action. This action is therefore remanded to the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas. However, the Court retains jurisdiction after remand to consider attorneys' fees pursuant to 28 U.S.C. § 1447(c). *See Moore v. Permanente Med. Grp., Inc.*, 981 F.2d 443, 445 (9th Cir. 1981) (finding that the district court may retain jurisdiction after remand to address collateral matters such as award of fees pursuant to 28 U.S.C. § 1447(c)).

DATED THIS 27th day of August 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE